NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE COBRA GOLF INC.,**
*Appellant*

---

2025-1144

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 17/320,656.

---

**JUDGMENT**

---

JOHN R. LINZER, Quarles & Brady LLP, Chicago, IL, argued for appellant.

JUSTIN BOVA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee John A. Squires.  Also represented by SARAH E. CRAVEN, NICHOLAS THEODORE MATICH, IV, ROBERT J. MCMANUS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 15, 2026
Date

Jarrett B. Perlow
Clerk of Court